# THE HARMAN FIRM, LLP
*Attorneys & Counselors At Law*
www.theharmanfirm.com

Walker G. Harman, Jr.
381 Park Avenue South, Suite 1220
New York, New York 10016
T: 212.425.2600 F: 212.202.3926
E: wharman@theharmanfirm.com

November 26, 2019

**VIA ECF**

Hon. Katherine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/2019

**MEMO ENDORSED**

Re: *Gregory Teachey v. Equinox Holdings, Inc.*, 18 CV 10740

Dear Judge Parker:

We represent Plaintiff Gregory Teachey in the above-referenced action against Equinox Holdings, Inc. Yesterday, counsel for both parties contacted the Court via telephone to explain that several more depositions were to take place over the next month and that neither party believed a settlement was remotely possible at this juncture. Thus, we sought to adjourn the conference at least until discovery could be concluded. We agreed to follow up by letter, a letter was drafted, but due to an administrative error I just learned the letter did not go out. We apologize. Accordingly, we write to respectfully request an adjournment of the settlement conference presently scheduled for December 2, 2019, at 10:30 a.m.

This is Plaintiff's first request for an adjournment of this conference. Defendant's counsel consents to this request.

Thank you for Your Honor's time and attention to this matter.

Respectfully submitted,

*/s/ Walker G. Harman, Jr.*

Walker G. Harman, Jr.

cc: All Counsel of Record (via ECF)

---

**Adjournment granted.** The parties shall submit a status letter to the Court by **January 3, 2020**

**APPLICATION GRANTED**

*/s/ Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

11/27/2019