**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

GREGORY TEACHEY,

                                    Plaintiff,

               -against-

EQUINOX HOLDINGS, INC.,

                                    Defendant.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/6/20___

**18-CV-10740 (LTS) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

A status conference in this matter is hereby scheduled for **February 6, 2020 at 2:00 p.m.**

in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

        **SO ORDERED.**

DATED:        New York, New York
              January 6, 2020

                                    _____
                                    KATHARINE H. PARKER
                                    United States Magistrate Judge