# THE HARMAN FIRM, LLP
**Attorneys & Counselors At Law**
www.theharmanfirm.com

Walker G. Harman, Jr.
381 Park Avenue South, Suite 1220
New York, New York 10016
T: 212.425.2600 F: 212.202.3926
E: wharman@theharmanfirm.com

January 7, 2020

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/08/2020

<u>VIA ECF</u>

Hon. Katherine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: ***Gregory Teachey v. Equinox Holdings, Inc.***, 18 CV 10740

Dear Judge Parker:

We represent Plaintiff Gregory Teachey in the above-referenced action against Defendant Equinox Holdings, Inc. We write to respectfully request an adjournment of the status conference presently scheduled for February 6, 2020, at 2:00 p.m.

Plaintiff's counsel will be out of the country from February 5, 2020 until February 17, 2020. As such, we now respectfully request that the Court adjourn this conference to another date and time convenient for the Court.

This is Plaintiff's first request for an adjournment of this conference. Defendant's counsel consents to this request.

Thank you for Your Honor's time and attention to this matter.

Respectfully submitted,

*/s/ Walker G. Harman, Jr.*

Walker G. Harman, Jr.

cc: All Counsel of Record (via ECF)

---

**<u>APPLICATION GRANTED</u>: The Status Conference in this matter that is scheduled for Thursday, February 6, 2020 at 2:00 p.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Wednesday, February 19, 2020 at 2:30 p.m.</u>**

**APPLICATION GRANTED**

*/s/ Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
01/08/2020