UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

GREGORY TEACHEY,

                                        Plaintiff,                                  **18-CV-10740 (LTS) (KHP)**

           -against-                                                    **ORDER**

EQUINOX HOLDINGS, INC.,

                                      Defendant.

-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On February 19, 2020, the parties appeared for a case management conference. The following order is entered:

**Discovery.** The deadline for fact discovery is extended to **March 11, 2020**, solely for the purpose of the deposition of Terrance Oben.

**Motions for Summary Judgment.** Moving briefs, if any, are due by **April 3, 2020**. Opposition briefs, if any, are due by **May 8, 2020**. Reply briefs, if any, are due by **May 22, 2020**.

**SO ORDERED.**

DATED:     New York, New York
               February 19, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge