UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY TEACHEY,<br><br>                    Plaintiff,<br><br>       v.<br><br>EQUINOX HOLDINGS, INC.,<br><br>                    Defendant. | Case No. 18-cv-10740 (LJL)(KHP)<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT** |

  **PLEASE TAKE NOTICE** that, upon the accompanying Declarations of Leo Mongiovi, Darnell Serrette, and Devjani H. Mishra, the exhibits annexed thereto, Defendant's Rule 56.1 Statement of Undisputed Material Facts, the accompanying Memorandum of Law in Support of Defendant's Motion for Summary Judgment, and all other pleadings and filings in this action, Defendant Equinox Holdings, Inc., moves this Court, before the Honorable Lewis J. Liman, United States District Court Judge, at the United Stated District Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting Defendant's Motion for Summary Judgment, dismissing the Complaint in its entirety on the ground that there are no genuine issues of material fact requiring a trial, entering judgment for Defendant, and granting Defendant such other relief as the Court deems just, proper and equitable.

  **PLEASE TAKE FURTHER NOTICE** that in accordance with the Court's order dated April 29, 2020, opposing affidavits and answering memoranda shall be served on or before June 29, 2020, and reply affidavits and memoranda of law shall be served on or before July 13, 2020.

Dated: May 15, 2020
    New York, New York

                 */s/ Devjani H. Mishra*
                 Devjani H. Mishra
                 Shawn Matthew Clark
                 LITTLER MENDELSON, P.C.
                 900 Third Avenue
                 New York, NY  10022.3298
                 212.583.9600
                 DMisra@littler.com
                 SMClark@littler.com

                 *Attorneys for Defendant*