# THE LIDDLE LAW FIRM PLLC

1177 Avenue of the Americas
5th Floor
NEW YORK, N.Y. 10036

Tel: (646) 452-7211
Fax: (646) 452-7001

EDGAR M. RIVERA
 Direct Tel: (646) 452-7212
 Mobile Tel: (646) 400-2249
 Email: erivera@liddlelaw.com

January 31, 2022

**VIA ECF**
Hon. Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   **Re:** *Gregory Teachey v. Equinox Holdings, Inc.*
      **1:18-CV-10740-LJL-KHP**

Dear Judge Liman,

  I represent Plaintiff Gregory Teachey in this employment discrimination case against Defendant Equinox Holdings, Inc. I respectfully request that the March 7, 2022 hearing for oral argument regarding the pending motion summary judgment take place virtually (either telephonically or video) or, in the alternative, that it be adjourned.

  I have a personal matter for which I will be outside of the State of New York from March 5-15. There has been no previous request to adjourn this hearing. There are no other scheduled appearances before the Court. Defendant's counsel consents to proceeding either virtually or adjourning the date. Counsel have met and conferred are available on the following dates: March 3-4, 16-18, 23-25, 28-31.

  Thank you for your time and attention to this matter.

                Respectfully submitted,

                Edgar M. Rivera

  cc: all counsel of record (via ECF)