

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY  10022.3298

Emily C. Haigh
212.497.8483 direct
212.583.9600 main
ehaigh@littler.com

February 23, 2022

**VIA ECF**

Hon. Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Teachey v. Equinox Holdings, Inc.*
Case No. 18-cv-10740 (LJL) (KHP)

Dear Judge Liman:

On behalf of Defendant Equinox Holdings, Inc., we write, in accordance with Rule 1.C of Your Honor's Individual Practices in Civil Cases, to request an adjournment of the Court's March 7, 2022 hearing for oral argument regarding Defendant's Motion for Summary Judgement. This is Defendant's first request for an adjournment of the oral argument hearing in this matter. Plaintiff consents to this adjournment. The Parties met and conferred and are available March 18, 21, 23-25, 28-April 1, April 4-8, 11-14.

The reason for this request is Counsel for Defendant has a scheduling conflict on March 7, 2022, as they are appearing at a contested hearing at the Division of Human Rights on March 7-8, 2022 (*Darayl Andrews vs. Crothall Healthcare Inc.* Case Nos. 10203633 and 10206034). Counsel for Defendant asked for an adjournment of the hearing at the Division of Human Rights and that request was denied on February 17, 2022.

There are no other deadlines that would be affected by this requested adjournment, and there currently are no other scheduled appearances before Your Honor or Magistrate Judge Parker. We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Emily C. Haigh*

cc: All counsel of record (via ECF)

littler.com