UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _05/10/2022_
```

-----------------------------------------------------------------------X
                                :

GREGORY TEACHEY,                 :

                       :

          Plaintiff,       :

                       :           18-cv-10740 (LJL)

     -v-                  :

                       :            <u>ORDER</u>

EQUINOX HOLDINGS, INC.,     :

                       :

         Defendant.     :

                       :

-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Clerk of Court is respectfully directed to terminate Walker Green Harman, Jr. as counsel for Plaintiff.

      SO ORDERED.

Dated: May 10, 2022                   _____
      New York, New York              LEWIS J. LIMAN
                                 United States District Judge