```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
GREGORY TEACHEY,                                                 :
                                                                 :
                        Plaintiff,                               :
                                                                 :         18-cv-10740 (LJL)
        -v-                                                      :
                                                                 :              ORDER
EQUINOX HOLDINGS, INC.,                                          :
                                                                 :
                        Defendant.                               :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court has been informed that the parties have reached a settlement in principle in this case and request 60 days for the parties to finalize the settlement and file a stipulation of dismissal. Accordingly, it is hereby ORDERED that the final-pretrial conference scheduled for November 2, 2022 is adjourned until January 13, 2023 at 2:00pm and the trial set for November 7, 2022 is adjourned to January 17, 2023 at 9:00am. The conference and trial will take place in Courtroom 15C of 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: October 26, 2022
       New York, New York                      _____
                                               LEWIS J. LIMAN
                                               United States District Judge